UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
EUGENE BUSH

        V

LEONARD PORTUONDO
-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 1 6 2013 ★

BROOKLYN OFFICE

ORDER
CV02-2883 (JBW)

**Jack B. Weinstein, Senior United States District Judge:**

    The court has petitioner's letter filed April 1, 2013. In the absence of a formal motion the court can take no action.

So Ordered:

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 4/10/13

