**MANDATE**

E.D.N.Y. (Brooklyn)
02-cv-2883
Weinstein, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 22nd day of November, two thousand six.

Present:
    Hon. Joseph M. McLaughlin,
    Hon. Peter W. Hall,
        *Circuit Judges,*
    Hon. John Gleeson,
        *District Judge.*

---

Eugene Bush,
        Petitioner,

    v.                                               06-4889-op

Leonard Portuondo,
        Respondent.

---

Petitioner, pro se, moves for an order authorizing the United States District Court for the Eastern District of New York to consider a successive 28 U.S.C. § 2254 petition. Upon due consideration, it is ORDERED that the motion is DENIED, as it does not satisfy the criteria set forth in 28 U.S.C. § 2244.

FOR THE COURT:
Thomas W. Asreen, Acting Clerk

By: *Richard Alcantara*
Richard Alcantara, Deputy Clerk

A TRUE COPY
Thomas Asreen, Acting Clerk
by *Gislani Phillip*
    Deputy Clerk

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUN 14 2017 ★
BROOKLYN OFFICE

*Honorable John Gleeson, of the United States District Court for the Eastern District of New York, sitting by designation.

Issued as Mandate: JAN 3 2007

COURT'S
EXHIBIT NO. i
IDENTIFICATION/EVIDENCE
DKT.# 2-CV-2883
DATE: 6-7-17