UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

EUGENE BUSH,

                Plaintiff,

    - against -

LEONARD PORTUONDO,

               Defendant.
----------------------------------X

ORDER
02 CV 2883 (JBW)

JACK B. WEINSTEIN, SENIOR UNITED STATES DISTRICT JUDGE:

        The court has defendant's letter received July 16, 2018 requesting reconsideration of this courts order denying his motion for relief under Rule 60. *See* Civ. Doc. No. 45, 06/13/2017.

        The magistrate judge on duty is respectfully requested to appoint counsel to file a brief respecting this request.

                                                        SO ORDERED.

                                                        Jack B. Weinstein
                                                        Senior United States District Judge

Date:  July 23, 2018
         Brooklyn, New York

1