UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

EUGENE BUSH,

                Plaintiff,

    - against -

LEONARD PORTUONDO,

               Defendant.
----------------------------------------X

ORDER
02 CV 2883 (JBW)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 26 2018 ★
BROOKLYN OFFICE

JACK B. WEINSTEIN, SENIOR UNITED STATES DISTRICT JUDGE:

    The court has defendant's letter received July 16, 2018 requesting reconsideration of this courts order denying his motion for relief under Rule 60. *See* Civ. Doc. No. 45, 06/13/2017.

    The magistrate judge on duty is respectfully requested to appoint counsel to file a brief respecting this request.

                                            SO ORDERED.

                                            Jack B. Weinstein
                                            Senior United States District Judge

Date: July 23, 2018
       Brooklyn, New York